# EXHIBIT 1


**GreenPoint Mortgage**

*Special Offer — Reduce the cost of your mortgage by $31,358.80... Without Refinancing!*

The Equity Accelerator® Program
P.O. Box 191090
San Francisco, CA 94119-1090

4060-2****AUTO**MIXED AADC 350
William L Allen
Ann Allen
529 Oella Ave
Ellicott City, MD 21043-4723

67

15478

(800) 458-1564

January 19, 2006

Reference #: 100686843
Enrollment Passcode: 255 75731

Dear William L Allen:

We recently sent you information explaining how you can reduce your mortgage debt by using our electronic mortgage payment option, the **Equity Accelerator®** program.

Why are we writing you again? Because we truly believe the advantages of this service are too important to overlook. Also, just in case you didn't get to read the materials before, we are sending you this Special Offer so that you can discover for yourself what many of our other customers have already found out: the **Equity Accelerator** program makes debt reduction convenient and most importantly...easy on your budget. And, this proven savings program requires *NO refinancing and NO changes to your current mortgage*. The following chart summarizes how you will personally *save time and money* by using the **Equity Accelerator** program.

| Your Loan #<br>0107095374 | Your Current Monthly Payment | Equity Accelerator Biweekly Transfers | Equity Accelerator Advantage |
|---|---|---|---|
| Payment Amount: | $ 901.49 per month | $ 454.90 every 2 weeks | Simplified Budgeting! |
| Total Interest Paid: | $ 189,868.12 | $ 158,509.32 | $ 31,358.80 Saved! |
| Loan Payoff in: | 26 years 10 months | 21 years 11 months | 4 Years 11 Months Early! |
| Total Equity After 10 years: | $ 28,941.08 | $ 41,138.60 | $ 12,197.52 More Equity! |

**How will the program work for you?** The **Equity Accelerator** program will electronically deduct a portion of your mortgage payment from your designated checking account after each payday (weekly, every two weeks or twice per month). We will then automatically make each payment for you based on the monthly due date. By making payments this way, you accumulate extra funds that are applied directly to your principal balance. Of course, you can try to build equity on your own, but most people find it difficult to send in more than the monthly payment on a consistent basis. With the **Equity Accelerator** program, your payments will be *more convenient and you'll earn big savings* on your mortgage.

**How big?** Just look at your **Estimated Personal Savings Analysis** (other side) and you'll quickly discover how the **Equity Accelerator** program will build your equity faster (*that's called Equity Advantage*) and significantly reduce your interest payments (*Interest Savings*), even if you sell your home or refinance your mortgage.

Now you can take advantage of the **Equity Accelerator** payment program and save! How can you get started? It's easy. Simply verify that all the information on the attached enrollment card is correct. Then sign the Authorization, attach a check marked "VOID" and mail it to us in the postage-paid envelope.

If you have any program questions or would like to enroll today, please call for an Equity Accelerator Specialist at (800) 458-1564 between 9:00 AM - 9:00 PM (ET), Monday through Friday.

Yours truly,

*Linda Story-Daw*

Linda Story-Daw
Vice President

4809538

**P.S.** To save even MORE than $31,358.80, call us today for a **FREE Personalized Savings Analysis!**

This program and the services undertaken by GreenPoint Mortgage in no way alter or lessen Customer's obligations under Customer's existing mortgage contract regarding the amount of the monthly payments, when payments are due, the application of payments, the assessment of late charges or the calculation of delinquencies.

# GREENPOINT MORTGAGE Equity Accelerator® Program
# Frequently Asked Questions

Please keep for future reference

**1. What if the schedule in the Welcome Letter does not match my paydays?**
Just call us at 800-209-9700 to set up the best schedule for you. We'll help you pick the schedule that best matches your paydays.

**2. What if my paydays change? Can I change the dates on which you debit my account?**
Yes – we're very flexible! Just call us at least three business days in advance of your next scheduled transfer date.

**3. Can I change my bank account?**
Sure! Just call us at 800-209-9700 to make the change. We can arrange transfers from any bank account with a Transit Routing Number (TRN). Remember to have a check or withdrawal slip from your new account with you when you call. Some accounts have a limited number of transactions available, so be sure to check with your institution's customer service department for any restrictions on Electronic Funds Transfer (EFT).

**4. Can I split the transfers among different bank accounts?**
Yes, you can! If your household uses multiple checking accounts, or if you would like a portion of the payment to come out of your checking account and a portion to come out of your savings account, we can easily set that up for you. The bank accounts would simply need to be in the name of the Equity Accelerator® program participant(s).

**5. What happens if my transfer is scheduled on a weekend or a holiday?**
If your transfer is scheduled on a weekend or holiday, it will occur on the next bank business day.

**6. How can I tell when my mortgage payment was posted?**
It's easy. You will be able to monitor the payments via your mortgage statements, and you will see transfers from your bank account in your bank statements.

**7. Are my funds applied to my loan as soon as they're transferred from my account?**
No, partial mortgage payments will not be processed. The program sends your payment in promptly once a month, as required by the terms of your mortgage.

**8. What happens if my loan is sold?**
Once you have been notified that your loan has been sold, simply call us at 800-209-9700 and furnish us with your loan information. With a minimum notice of 10 business days, we'll make sure that your loan is set up correctly with the new mortgage company.

**9. Can I accelerate my other mortgages?**
You can add a home equity loan, a second mortgage, or a mortgage on another property you own to the Equity Accelerator Program. Call us for a free Personal Savings Analysis. Additional fees may apply.

**10. What if I want to pay off my mortgage even faster than the schedule we've set up?**
It's easy to pay off your mortgage even faster by adding a little more to each transfer. Give us a call.

**11. What if I refinance my loan? Can I accelerate my new loan?**
Yes, we will be happy to help you accelerate your next loan. Give us a call when you know the closing date and we'll get the ball rolling. Additional fees may apply.

---

**When should I call you?**
Equity Accelerator Customer Service representatives are available from Monday through Friday, 9am to 9pm ET. Call us at 800-209-9700:
- If your payday changes and you want to change your debit schedule to match
- If you are going to refinance or sell your home
- To increase or decrease your extra principal payments
- To make a one-time extra payment
- To change the bank account we use for your transfers
- To change your name and address
- If you have questions about payment posting

**When should I call Loan Servicing?**
Call Loan Servicing at 800-784-5566 for:
- Escrow payment change questions
- Optional insurance products or PMI
- Refinancing questions
- Requests for a reprint of a Mortgage Interest Statement (IRS Form 1098)

Calls may be randomly monitored or recorded for quality assurance. The Equity Accelerator Program is offered by GREENPOINT MORTGAGE under an agreement with Paymap Inc. We provided certain information about you and your mortgage to Paymap so Paymap could assist us in offering the program to you.

**Equity Accelerator.**
A better way to save on your mortgage

PO Box 191090, San Francisco, CA 94119

GREENPOINT MORTGAGE
Equity Accelerator Customer Service

February 22, 2006

Loan #: 0107095374
Subscriber #: 100686843

Confirmation of your GREENPOINT MORTGAGE Equity Accelerator program

William Allen and Ann Allen
529 Oella Avenue
Ellicott City, MD 21043-0000

RE: YOUR GREENPOINT MORTGAGE EQUITY ACCELERATOR® WELCOME LETTER

Dear William Allen and Ann Allen:

Welcome to the GREENPOINT MORTGAGE Equity Accelerator® program and congratulations on taking an important step toward your future financial freedom! The Equity Accelerator program may help you build equity faster, save years of interest charges, and pay off your loan well in advance of its original end date. And the program is completely flexible! If you need to change the dates on which we debit your account, move to a different bank account, or adjust your extra principal payments, just give us a call.

This Welcome Letter contains important information to ensure your smooth transition into the Equity Accelerator program. Please review it carefully for the details that apply to your loan.

We'll transfer the payments from your account at:
CITIZENS NATIONAL BANK
Account #: XXXXXX7808

To your loan at:
GREENPOINT MORTGAGE
Loan #: 0107095374

The table below provides a breakdown of the dates and amounts of the initial debits to your account, and the payment to which these funds will be applied. If these debit dates are not aligned with your paydays, please give us a call.

We'll start by making your April loan payment based upon your due date in the amount of $901.49 through debits made on the following schedule:

| Debit Amount | Debit Date | Debit Amount | Debit Date |
|---|---|---|---|
| $492.81 | March 23, 2006 | $492.81 | April 03, 2006 |

Amount includes $4.50 transaction fee.

After that, we will continue to make your monthly loan payment by debiting $492.81 from your account twice per month on two set dates. Please note that we collect funds in the month prior to each payment date and then make your full monthly payment promptly as required by the terms of your mortgage. Since your debits don't start immediately, please continue to make your loan payments as usual through the March payment.

The one-time enrollment fee of $49.00 will be conveniently taken out of the extra payment to principal.

Please remember to cancel any other automatic payment program or bill pay service after the March payment.

2163