# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| | : | |
| WILLIAM L. ALLEN, *et al.* | : | |
| | : | |
| v. | : | Civil No. CCB-11-33 |
| | : | |
| BANK OF AMERICA, N.A., *et al.* | : | |
| | : | |
| | : | |

## <u>ORDER</u>

For the reasons stated in the accompanying Memorandum, it is hereby ORDERED that:

1. The plaintiffs' Motion for Leave to File Second Amended Complaint (ECF No. 74) is **Granted**;

2. Defendant Bank of America *et al.*'s Motion to Exclude (ECF No. 79) is **Granted in part and Denied without prejudice in part**;

3. Bank of America *et al.*'s Motion for Summary Judgment (ECF No. 80) is **Granted in part and Denied in part**;

4. Defendant Western Union *et al.*'s Motion in Limine (ECF No. 81) is **Denied as moot**;

5. Western Union *et al.*'s Motion for Summary Judgment (ECF No. 83) is **Granted**;

6. The plaintiffs' Cross Motion in Limine (ECF No. 95) is **Granted in part and Denied without prejudice in part**;

7. The plaintiffs' Cross Motion in Limine (ECF No. 96) is **Denied as moot**;

8. The plaintiffs' Cross Motions for Summary Judgment (ECF Nos. 97 & 99) are **Denied**;

9. The plaintiffs' Motion to Seal (ECF No. 111) is **Granted**;

10. Counts I, II, III, V, and VII against defendant BANA remain pending in this case;

11. The Clerk shall send copies of this Order and the accompanying Memorandum to counsel of record; and

12. Counsel will be contacted to schedule further proceedings.

|  |  |
|---|---|
| _____3/19/13_____ | _____/s/_____ |
| Date | Catherine C. Blake |
|  | United States District Judge |